No. 13. Ex PARTE JULBE.—Appeal from the District Court of Humacao. Motion that the Supreme Court approve the statement of facts presented by the appellant. Decided April 20, 1910. Motion overruled because the statement of facts is not needed in a case conducted under the act providing for special legal proceedings in which no trial has been held nor evidence taken, and everything appears on the record, a certified copy whereof is sufficient to enable the Supreme Court to decide the appeal upon the merits. *Messrs. Salvador Fulladosa* and *Eduardo Acuña* for petitioner. *Mr. Manuel Tous Soto* for respondent.

No. 132. SAN JUAN LIGHT AND TRANSIT CO. *v.* ALDREY, DISTRICT JUDGE.—Application for a writ of *mandamus.* Decided April 20, 1910. Application denied because from the report presented by the defendant it appears that the latter has proceeded to perform the acts the execution of which was the object of this proceeding. *Mr. Henry F. Hord* for petitioner.

No. 14. ESTATE OF DÍAZ *v.* ESTATE OF DÍAZ.—Appeal from the District Court of San Juan, Section 1. Motion that the Supreme Court approve the statement of facts presented by the appellant without the amendments proposed by the adverse party and by the judge. Decided April 22, 1910. Motion denied because the facts set forth in the statement of the case were not established in the manner required by rule 67 of the rules of the Supreme Court. *Mr. López Landrón* for petitioner. *Mr. Antonio Sarmiento* for respondent.

No. 526. DÍAZ *v.* REYES.—Appeal from the District Court of San Juan. Motion of the appellant to dismiss the appeal and to strike from the record the statement of facts. Decided April 29, 1910. Motion overruled. *Mr. Sandalio Torres Monge* for petitioner. *Messrs. Bosch* and *Soto* for respondent.